PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Rafael Martinez**                                              Docket No. **04-147**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Luisa Vigario** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rafael Martinez**, who was placed under pretrial release supervision by the **Honorable Joseph A. Greenaway, United States District Judge** sitting in the Court at Newark, New Jersey, on June 24, 2004, under the following conditions:

*$250,000 Collateral Bond to be secured by equity in the defendant's brother's home located at 681Donald Avenue, Perth Amboy, New Jersey.*
1) Pretrial Services supervision
2) 24 hour arrest with electronic monitoring (allowed for employment, attorney visits, court appearances, and medical treatment)
3) Travel restricted to New Jersey
4) Surrender travel documents
5) Submit to drug testing and treatment if deemed appropriate
6) The defendant's father, Rafael Martinez, Sr., shall serve as third party custodian
7) The defendant shall reside with his father at the following address: 2117 Westminster Boulevard, Parlin, New Jersey.

On September 30, 2004, Your Honor signed an order which removed the condition of house arrest.

      Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER

    **Issue a warrant to serve as a detainer.**

ORDER OF COURT

Considered and ordered this 17TH day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/17/05

_____
Luisa Vigario
U.S. Pretrial Services Officer